THE STATE EX REL. TUSSING, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Tussing v. Indus. Comm.,*
112 Ohio St.3d 544, 2007-Ohio-804.]

(No. 2006–0651—Submitted January 23, 2007—Decided March 14, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals, grant the writ, and return the cause to the Industrial Commission.

———

Philip J. Fulton Law Office and Jacob Dobres, for appellant.

Marc Dann, Attorney General, and Derrick L. Knapp, Assistant Attorney General, for appellee Industrial Commission of Ohio.